**1092**

COM.

v.

**FLOWERS, J., Jr.**

**97 MDA 2017**

Superior Court of Pennsylvania.

08/18/2017

CP–54–CR–0001181–2015

(Schuylkill)

Remanded Jurisdiction Retained

**IN RE: ESTATE OF Donald Keith BIRCHARD**

**141 MDA 2017**

Superior Court of Pennsylvania.

08/18/2017

OC048–2015

(Susquehanna)

Affirmed

**IN the INTEREST OF: Z.I., a Minor**

**Appeal of: K.R.**
**366 MDA 2017**

Superior Court of Pennsylvania.

08/18/2017

CP–36–DP–0000053–2016

(Lancaster)

Affirmed

**IN the INTEREST OF: Z.I., a Minor**

**Appeal of: K.R.**

**367 MDA 2017**

Superior Court of Pennsylvania.

08/18/2017

CP–36–DP–0000053–2016

(Lancaster)

Affirmed

COM.

v.

**GAMBLE, R.**

**402 MDA 2017**

Superior Court of Pennsylvania.

08/18/2017

CP–01–CR–0000772–2016

(Adams)

Affirmed—Application to Withdraw as Counsel Granted

